AMERICAN STOVE COMPANY, Respondent, v. LIFSHITZ BROS., INC., Appellant, and Others, Defendants.— Application denied, with ten dollars costs.

LILLIAN A. BRILL, Appellant, v. AMERICAN SURETY COMPANY, Respondent.— Application granted.

F. J. KERNER COAL COMPANY, INCORPORATED, Respondent, v. DAVID HIRSH and MARTHA HIRSH, Appellants.— Application denied, with ten dollars costs.

CARRIE H. LEVEY, Appellant, v. YETTA SCHAFFERMAN, as Administratrix, etc., of MICHAEL SCHAFFERMAN, Deceased (Substituted), and Another, Respondents.— Application granted.

KATIE E. MITCHELL, Respondent, v. ABRAHAM DIENER, Appellant.— Application denied, with ten dollars costs.

TRIANGLE FIREPROOF DOOR & SASH CO., INC., Respondent, v. SHERMAVE REALTY CO., INC., Defendant, and MUGLER'S IRON WORKS, INC., Appellant.— Application denied, with ten dollars costs.

LOUIS J. JACOBSON, Respondent, v. NEW YORK INVESTORS, INC. (Formerly Known as REALTY ASSOCIATES), Appellant.— Application granted.

WILLIAM P. GOOLEY, Respondent, v. JOHN W. JAMES, JR., and Others, Individually and as Copartners Doing Business under the Firm Name and Style of TOWNS & JAMES, Appellants.— Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. ANNA GLASMAN, etc., and Others, Defendants. JACOB STOHL, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Monday, May fourth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CLARENCE BEZUE, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BROOKLYN UNITED THEATRE, INC., Respondent, v. INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS' UNION OF THE UNITED STATES AND CANADA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay of execution of the judgment for costs continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— Motion for stay pending appeal granted upon condition that within five days from the entry of the order herein plaintiff file an additional undertaking, with corporate surety, in the sum of $5,000; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN W. FOLEY, Respondent, v. LIGGETT & MEYERS TOBACCO CO., INC., and UNITED CIGAR STORES COMPANY OF AMERICA, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.